**CHAPTER 13 PLAN INDIVIDUAL ADJUSTMENT OF DEBTS**

| | |
|---|---|
| **Debtor :**    Donald Glen Bolden | **SS#**   XXX-XX- 1930 |
| **CoDebtor:** | **SS#**   XXX-XX- |
| **Address :**   1516 S. McLean Blvd | |
|       Memphis, TN 38114 | |

**First Payment Date:**   Within 30 days

**Plan Payment:**      Debtor(s) to pay **$**    1,608.00 monthly

**Payroll Deduction:**

**(X) Direct pay because:**      Debtor is self employed.

**Administrative:**      Pay filing fees, Trustee fee, and Debtor's Attorney fee, pursuant to Court Order.

**AUTO INSURANCE: (X)** Not included in plan   **( )** Included in plan

| | | | MONTHLY PYMT |
|---|---|---|---|
| **CHILD SUPPORT :** | **Future support through plan to**: | | $ |
| | | | $ |
| | **Child support arrearage:** | | $ |
| | | | $ |
| **PRIORITY CREDITORS:** | | | $ |
| | | | $ |

**HOME MORTGAGE:** If no arrearage, ongoing payments are to be paid directly by the Debtor(s). Otherwise, the Chapter 13 Trustee shall serve as the disbursing agent.

| | | | |
|---|---|---|---|
| Ocwen | ongoing payment begin March , 2014 | | $ 668.00 |
| | Approximate arrearage $ 19,426.00 ; interest 0 % | | $ 324.00 |
| Trustmark National Bank | ongoing payment begin March , 2014 | | $ 407.01 . |
| | Approximate arrearage $ 4,479.00 ; interest 0 % | | $ 75.00 |
| | ongoing payment begin , 2014 | | $ |
| | Approximate arrearage $ ; interest % | | $ |

**SECURED CREDITORS:** Retain lien 11 U.S.C. 1325(a)(5). Adequate protection will be ¼ (25%) of proposed creditor monthly payment.

| NAME OF CREDITOR | VALUE COLLATERAL | INT RATE | MONTHLY PYMT |
|---|---|---|---|
| | $ | % | $ |
| | $ | % | $ |
| | $ | % | $ |
| | $ | % | $ |
| | $ | % | $ |
| | $ | % | $ |
| | $ | % | $ |
| | $ | % | $ |
| | $ | % | $ |
| | $ | % | $ |
| | $ | % | $ |
| | $ | % | $ |
| | $ | % | $ |
| | $ | % | $ |

**ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED DEBTS.**
**GENERAL UNSECURED CREDITORS** will receive **TBD** %
**ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:** $   1,964.00
**TERMINATION:** Plan shall terminate upon payment of the above, approximately **60** months.
**FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN**